```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    INDICTMENT

        -v.-                        :

EVELYN LORA,                        :    08 Cr.
    a/k/a "Heidi Lora," a/k/a
    "Evelyn Lora-Lajara," a/k/a     :
    "Ained Pimentel,
                                    :
              Defendant.
                                    :
- - - - - - - - - - - - - - - - - - - x
```

08 CRIM 155

COUNT ONE

The Grand Jury charges:

From at least in or about December 2007, in the Southern District of New York and elsewhere, EVELYN LORA, a/k/a "Heidi Lora," a/k/a "Evelyn Lora-Lajara," a/k/a "Ained Pimentel," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States, subsequent to a conviction for commission of a felony, to wit, a conviction on or about February 2, 2000, in New York State Supreme Court, New York County, for Criminal Possession of a Controlled Substance in the Second Degree, in violation of New York Penal Law 220.18, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(1).)

_____           _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EVELYN LORA,
a/k/a "Heidi Lora," a/k/a
"Evelyn Lora-Lajara," a/k/a
"Ained Pimentel,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(1).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*2/25/08 Filed Indictment. A/W issued.
Case Assigned to Judge Crotty.
S/ Mag. Judge Katz*