```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                                AFFIRMATION
        - v. -                   :
                                                08 Cr. 155
EVELYN LORA,                     :
    a/k/a "Heidi Lora," a/k/a
    "Evelyn Lora-Lajara,"        :
    a/k/a "Ained Pimentel,
                                 :

            Defendant.
- - - - - - - - - - - - - - - - - x
```

SOUTHERN DISTRICT OF NEW YORK, ss:

      REBECCA A. ROHR, being duly sworn, deposes and says that she is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that she is in charge of the above-entitled matter; that one EVELYN LORA, a/k/a "Heidi Lora," a/k/a "Evelyn Lora-Lajara," a/k/a "Ained Pimentel," now incarcerated at Rose M. Singer Center, 19-19 Hazen Street, East Elmhurst, NY 11370, has been charged by indictment with violating Title 8, United States Code, Section 1326(a) and (b)(1).

      By this application, the Government seeks a writ of habeas corpus ad prosequendum so that EVELYN LORA, the defendant, can be brought before this Court to be available for the prosecution in the matter captioned United States v. Evelyn Lora, 08 Cr. 155. No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully requests that a writ of habeas corpus ad prosequendum issue, directing the Warden of Rose M. Singer Center, the United States Marshal for the Southern District of New York, or any authorized law enforcement officer, to produce the above-named defendant to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution in federal court in the Southern District of New York, as soon as the defendant is available, and to appear as necessary thereafter in that case, until after EVELYN LORA has been discharged or been convicted and sentenced, at which time to return her to Rose M. Singer Center, 19-19 Hazen Street, East Elmhurst, NY 11370.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

　　　　　　　　　　　　　　　　　/s/ Rebecca A. Rohr
　　　　　　　　　　　　　　　　Rebecca A. Rohr
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　(212) 637-2531

Dated:    February 26, 2008
          New York, New York

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**EVELYN LORA,
a/k/a "Heidi Lora," a/k/a
"Evelyn Lora-Lajara," a/k/a
"Ained Pimentel,"**

**Defendant.**

**AFFIRMATION IN SUPPORT OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

08 Cr. 155

(Title 8, United States Code,
Sections 1326(a) and (b)(1))


MICHAEL J. GARCIA
United States Attorney.